JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MONTANO,<br><br>        Petitioner,<br>vs.<br><br>S. FRAUENHIEM, Warden,<br><br>        Respondent. | Case No. CV 15-08333-RGK (KES)<br><br>**J U D G M E N T** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 13, 2016

                                        _____
                                        R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE